# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 2, 2013

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Stanley Marvin Campbell
          v. The Hanover Insurance Company
          No. 13-16
          (Your No. 11-2150)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on June 27, 2013 and placed on the docket July 2, 2013 as No. 13-16.

    Sincerely,

    **William K. Suter**, Clerk

    by

    Sandy Spagnolo
    Case Analyst